Case unsealed on 4/1/2022 at 10:00 am. by Mag/Judge L. Patrick Auld.

SEALED

FILED
MAR 28 2022
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR89-1 |
| | : | |
| EDWARD NICHOLAS LANZA | : | |

The Grand Jury charges:

**Background**

1. At all times material to this Indictment:

    a. EDWARD NICHOLAS LANZA was a resident of Florida.

    b. LANZA was the registered agent and owner of SoCal Distributors, LLC ("SoCal Distributors"), a company that was registered with the Florida Secretary of State. SoCal Distributors owned and operated vending machines and distributed grocery, beverage, and other retail items.

    c. Vendor Supply, Inc. ("VSI") was a wholesale products distributor that maintained an office in Salisbury, North Carolina within the Middle District of North Carolina.

    d. Uber Freight, LLC ("Uber Freight") was a transportation, shipping, and logistics company headquartered in Chicago, Illinois. Uber Freight connected shippers who needed loads hauled with available truck drivers. Uber Freight maintained servers in Arizona and Virginia.

e. ArcBest Corporation ("ArcBest") was a freight and logistics solutions company headquartered in Fort Smith, Arkansas. ABF Freight Systems, Inc. was a wholly-owned subsidiary of ArcBest. ABF Freight offered less-than-truckload shipping services to customers (collectively referred to as "ArcBest").

## The Fraudulent Scheme

2. From in or about May 2020, continuing up to and including in or about July 2021, the exact dates unknown, in the Middle District of North Carolina, and elsewhere, EDWARD NICHOLAS LANZA devised and intended to devise a scheme to defraud Uber Freight and ArcBest in connection with products that he ordered and shipped from VSI located in Salisbury, North Carolina and elsewhere.

3. It was the purpose of the scheme to defraud for EDWARD NICHOLAS LANZA to unjustly enrich himself by creating fraudulent accounts with Uber Freight and ArcBest so that LANZA could avoid paying shipping costs due and owed to Uber Freight and ArcBest.

4. It was a part of the scheme that EDWARD NICHOLAS LANZA created a fraudulent shipper account with Uber Freight in the name of Beverage Solutions and Distribution. The real Beverage Solutions and Distribution was located in Utah and did not have an Uber Freight account.

2

5. Between in or about May 2020 and continuing through in or about August 2020, LANZA used the fraudulent Beverage Solutions and Distribution account to initiate fifty-five shipments with Uber Freight, thirty of which LANZA directed be picked up at and were picked up at VSI in Salisbury, North Carolina. When Uber Freight attempted to collect payment from the real Beverage Solutions and Distribution located in Utah, Uber Freight learned that the real Beverage Solutions and Distribution did not have an Uber Freight account and did not initiate the shipments.

6. It was further a part of the scheme that EDWARD NICHOLAS LANZA created a fraudulent shipper account with Uber Freight in the name of Odom Corporation. The real Odom Corporation was located in Bellevue, Washington and did not order the aforementioned shipments.

7. Between in or about February 2021 and continuing through in or about April 2021, LANZA used the fraudulent Odom Corporation account to initiate 115 shipments with Uber Freight, forty-five of which LANZA directed be picked up at and were picked up at VSI in Salisbury, North Carolina. When Uber Freight attempted to collect payment from the real Odom Corporation located in Washington, Uber Freight learned that the real Odom Corporation did not initiate the shipments.

Case 1:22-cr-00089-UA   Document 1   Filed 03/28/22   Page 3 of 7

8. It was further a part of the scheme that EDWARD NICHOLAS LANZA created a fraudulent shipper account with ArcBest, also in the name of Odom Corporation.

9. Between in or about April 2021 and continuing through in or about July 2021, LANZA used the fraudulent Odom Corporation account to initiate 107 shipments with ArcBest, sixty-one of which LANZA directed be picked up at and were picked up at VSI in Salisbury, North Carolina. When ArcBest attempted to collect payment from the real Odom Corporation located in Washington, ArcBest learned that the real Odom Corporation did not initiate the shipments.

10. It was further a part of the scheme that EDWARD NICHOLAS LANZA purchased an e-mail domain and e-mail addresses resembling the e-mail domain used by the real Odom Corporation and used the fraudulent e-mail addresses to communicate with Uber Freight and ArcBest about shipments, all while pretending to be employees of Odom Corporation.

**Execution**

11. Paragraphs 1 through 10 are re-alleged and incorporated herein as fully set forth in these counts.

12. On or about the dates specified as to each count below, in the Middle District of North Carolina and elsewhere, defendant, EDWARD NICHOLAS LANZA, having knowingly devised and intended to devise the

4

above-described scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, as set forth below:

| Count | Date | Description |
| --- | --- | --- |
| 1 | May 29, 2020 | A wire communication from Salisbury, North Carolina to Uber Freight. |
| 2 | June 19, 2020 | A wire communication from Salisbury, North Carolina to Uber Freight. |
| 3 | July 14, 2020 | A wire communication from Salisbury, North Carolina to Uber Freight. |
| 4 | April 8, 2021 | A wire communication from Salisbury, North Carolina to Uber Freight. |

All in violation of Title 18, United States Code, Section 1343.

FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses charged in Counts one through four of this Indictment, the defendant, EDWARD NICHOLAS

5

LANZA, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

3. The property to be forfeited may include, but is not limited to, a money judgment, in an amount to be determined, representing the value of the property subject to forfeiture as a result of such offense.

4. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendants cannot be located upon the exercise of due diligence, has been transferred or sold to or deposited with a third person, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

6

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: March 28, 2022

SANDRA J. HAIRSTON
United States Attorney

*Ashley E. Waid*
BY: ASHLEY E. WAID
Assistant United States Attorney

A TRUE BILL:

███████████████████
FOREPERSON